# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Sharyl Duboise,<br><br>    Plaintiff,<br><br>v.<br><br>Infinite Bloom LLC,<br><br>    Defendant. | No. CV-20-01073-PHX-SRB<br><br>**ORDER** |

Plaintiff having filed a Notice of Settlement (Doc. 19);

IT IS ORDERED that this matter will be dismissed with prejudice within 30 days of the date of this Order unless a stipulation to dismiss is filed prior to the dismissal date.

Dated this 24th day of June, 2021.

_____
Susan R. Bolton
United States District Judge